UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIRST FARMERS BANK & TRUST (DISMISSED), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cv-02323-JPH-MG |
| COAST OEM, LLC, PATRIOT PORCELAIN LLC, PATRIOT REAL ESTATE LLC, JEFFREY VAN WEELDEN, 6TH & MAIN INC., LAURCON CAPITAL LP, COAST PRODUCTS L.L.C (DISMISSED), 1800 EVERGREEN DEVELOPMENT LLC (DISMISSED), TOWNS AND TAYLOR (DISMISSED), JEFFREY VAN WEELDEN, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| PATRIOT REAL ESTATE LLC, | ) ) ) | |
| Cross Claimant, | ) ) ) | |
| v. | ) ) ) | |
| COAST OEM LLC, LAURCON CAPITAL, LP, | ) ) ) | |
| Cross Defendants. | ) ) | |
| PATRIOT REAL ESTATE LLC, | ) ) ) | |
| Third Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |

1

| | |
|---|---|
| COAST RE, LLC, | ) |
| BRIGGS PLUMBING PRODUCTS, LLC, | ) |
| ROBERT EASTER, | ) |
| CRAIG HUFF, | ) |
| CHUCK DOCKERY, | ) |
| AMERICAN INDUSTRIAL BRANDS, LLC,[1] | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) |
| COAST OEM, LLC, | ) |
| LAURCON CAPITAL, LP | ) |
| ROBERT EASTER, | ) |
| BRIGGS PLUMBING PRODUCTS, LLC, | ) |
| COAST RE, LLC, | ) |
| | ) |
| Cross-Claimants and Third Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY VAN WEELDEN, | ) |
| LEWIS D. DELLINGER, | ) |
| PATRIOT REAL ESTATE, LLC, | ) |
| PATRIOT PORCELAIN, LLC, | ) |
| | ) |
| Cross-Claimants and Third Party Defendants. | ) |

**ORDER ON SUPPLEMENTAL BRIEFING**

This case was removed here by American Industrial Brands, LLC, a third-party defendant in the underlying state-court case. Dkt. 1. Patriot Real Estate, LLC has filed a motion to remand the case to state court, arguing the

---

[1] The **Clerk is directed** to update the docket to include American Industrial Brands, LLC as a Third Party Defendant. *See* dkt. 12 at 2; dkt. 34 at 2.

2

removal was untimely and that there was no bad faith to excuse the defect. Dkts. 36, 37.

The Supreme Court has held that "a third-party counterclaim defendant is not a 'defendant' who can remove" under the removal statute, 28 U.S.C. § 1441(a). *Home Depot U. S. A., Inc. v. Jackson,* 139 S. Ct. 1743, 1750 (2019). The Court also opined that § 1441(a) "does not permit removal based on counterclaims at all, as a counterclaim is irrelevant to whether the district court had 'original jurisdiction' over the civil action." *Id.* at 1748. No party cited *Home Depot* in their briefs, *see* dkts. 37, 39, 50, nor was it discussed in the notice of removal, dkt. 1 at 8–9.

To aid the Court in its decision on whether to remand this case, the parties are **ORDERED** to file supplemental briefing on the applicability of the *Home Depot* case. Briefs shall not exceed five pages and are due by **February 8, 2023**.

The Clerk is also **directed** to update the docket to include American Industrial Brands, LLC as a Third Party Defendant.

**SO ORDERED.**
Date: 1/18/2023

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel